MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC.**
3025 W. Sahara Ave. Suite 105
Las Vegas, Nevada 89102
Phone: (702) 851-2180
Fax:    (702) 851-2189
Attorney for Plaintiff Duane Christy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE CHRISTY, individually<br><br>Plaintiffs,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP., a Delaware corporation; and DOES 1 THROUGH 500, inclusive,<br><br>Defendant(s) | Case No.: 2:09-cv-01075<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff DUANE CHRISTY, by and through his counsel Mark J. Bourassa, Esq., and Defendant GC SERVICES, LIMITED PARTNERSHIP, by and through its attorney Peter Dubowsky, Esq., that DUANE CHRISTY'S Complaint against GC SERVICES, LIMITED PARTNERSHIP be dismissed with prejudice, each party to bear their own fees and costs incurred herein.

DATED this ___ day of December 2009               DATED this ___ day of December 2009


/s/ Mark J. Bourassa, Esq                          /s/ Peter Dubowsky, Esq.
MARK J. BOURASSA, ESQ.                             Peter Dubowsky, Esq
Nevada Bar No. 7999                                Nevada Bar No. 4972
3025 West Sahara Ave., Suite 105                   330 South Third Street, #680
Las Vegas, Nevada 89102                            Las Vegas, NV 89101
*Attorneys for Plaintiff*

                                                   *Attorney for Defendant*

## ORDER

UPON STIPULATOIN OF THE PARTIES, and good cause appearing, it is hereby: ORDERED, ADJUDGED and DECREED that Plaintiff, DUANE CHRISTY'S Complaint on file herein against Defendant, GC SERVICES, LIMITED PARTNERSHIP, be DISMISSED WITH PREJUDICE, each party to bear their own fees and costs incurred herein. Dated this __ day of December 2009.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

/s/ Mark J. Bourassa, Esq.
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
3025 West Sahara Ave., Suite 105
Las Vegas, Nevada 89102
Tel: (702) 851-2180
Fax: (702) 851-2189
*Attorneys for Plaintiff*